IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANNY EVERHEART,

 Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-1955

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed September 16, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Danny Everheart, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

ROBERTS, C.J., WETHERELL and BILBREY, JJ., CONCUR.